1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  THOMAS NEWMAN (NYBN 4256178)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7009
        Thomas.newman2@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,          )  Case No. 13-560-JST
14                                     )
            Plaintiff,                 )  STIPULATION TO CONTINUE
15                                     )
       v.                              )
16                                     )
   KHYBER LAW,                         )
17                                     )
            Defendant.                 )
18 _____    )

19
        The parties stipulate as follows:
20
        1.      A change of hearing is set related to defendant Khyber Law in this matter for March 28,
21
   2014.
22
        2.      The parties discussed this upcoming hearing this week and mutually request a
23
   continuance until April 4, 2014.  Presently, a status hearing is set in this case for April 4, 2014, but Mr.
24
   Law was not included when that date was set.
25
        3.      The parties have some intervening issue to discuss related to any potential agreement, and
26
   have not had the opportunity to discuss the details.  In addition, defense counsel was ordered to appear
27

28
   STIPULATION
   13-560 JST

in another unrelated matter at a hearing on March 28, 2014.  The parties agree that the requested

continuance will allow the parties time to discuss and finalize the proposed written plea agreement.


DATED: March 26, 2014                           Respectfully submitted,



                                                MELINDA HAAG
                                                United States Attorney


                                                 /s/
                                                THOMAS M. NEWMAN
                                                Assistant United States Attorney
                                                Tax Division



                                        –       _/s/___
                                                ANNE BELES
                                                Attorney for Defendant Khyber Law



                                        ORDER

        Good cause appearing therefor, IT IS ORDERED that this matter be continued until April 4,

2014, at 9:30 am, for a status hearing or change of plea.

        Counsel are ordered to discuss and determine a suitable trial date.  The Court will set a trial date

for any defendant who does not enter a plea on or before April 4, 2014.

        The Court further finds that an exclusion of time under the Speedy Trial Act is warranted and

that the ends of justice served by the continuance outweigh the interests of the public and the defendant

in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of

time would deny counsel for the defendant and for the government the reasonable time necessary for

effective preparation of counsel, taking into account the exercise of due diligence, and would result in a

miscarriage of justice. 18 U.S.C. §3161.  Time is excluded through April 4, 2014.

DATED: March 27, 2014

                                                _____
                                                HON. JON S. TIGAR
                                                United States District Judge

STIPULATION
13-560 JST