```
ANNE C. BELES (Cal. Bar No. 200276)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorney for Defendant
KHYBER LAW
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 4:13-CR-00560-JST-2 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AS TO DEFENDANT KHYBER LAW |
| v. | |
| KHYBER LAW, | |
| Defendant. | |

Defendant KHYBER LAW, by and through his counsel undersigned, the United States of America, through ASSISTANT UNITED STATES ATTORNEY THOMAS M. NEWMAN, and the United States Probation Office, through UNITED STATES PROBATION OFFICER CHARLES W. MABIE, hereby stipulate and respectfully request that the Court vacate the Sentencing Hearing in the above-captioned case, currently set for Friday, August 22, 2014, at 09:30 a.m., and reset it for Friday, October 03, 2014, at 09:30 a.m.

This is the parties' first request to continue the Sentencing Hearing as to Defendant Law. The parties last appeared before the Court on Friday, April 4, 2014, when the Change of Plea was entered as to Defendant Law (Dkt. Nos. 48, 49).

1  U.S. PROBATION OFFICER CHARLES W. MABIE is scheduled to meet with Defendant Law for the initial Presentence Investigation Interview on Friday, July 25, 2014. The probation interview was partially delayed due to the unavailability of defense counsel, who just recently finished a 13 week-long trial on Monday, June 23, 2014.

The requested continuance is necessary to allow for the probation interview to take place, for the Proposed Presentence Investigation Report to be prepared and then disclosed to all parties pursuant to Fed. R. Crim. P. 32(b)(6), and to allow the parties reasonable time to thoroughly review the proposed report and submit their written responses pursuant to Crim. L.R. 32-4(b).

U.S. PROBATION OFFICER CHARLES W. MABIE has no objection to the parties' request and joins in this stipulated request to continue the Sentencing Hearing to allow for the presentence investigation timeline to be reset pursuant to Crim. L.R. 32.

On Wednesday, July 9, 2014, a staff member for the defense spoke to COURTROOM DEPUTY WILLIAM NOBLE and confirmed the Court's ability to accommodate this request to continue the Sentencing Hearing for Defendant Law to Friday, October 3, 2014.

For the above-stated reasons, the Defendant, the United States Probation Office, and the Government stipulate and respectfully request that the Court vacate the Sentencing Hearing currently set for Friday, August 22, 2014, and reset it for Friday, October 3, 2014, at 09:30 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 10, 2014          /s/ ACB
                              ANNE CATHERINE BELES,
                              Attorney for *KHYBER LAW*

DATED: July 10, 2014          /s/ CWM
                              CHARLES W. MABIE,
                              U.S. Probation Officer

DATED: July 10, 2014          /s/ TMN
                              THOMAS M. NEWMAN
                              Assistant U.S. Attorney

                              MELINDA HAAG
                              United States Attorney

FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the Sentencing Hearing as to Defendant Law, currently set for Friday, August 22, 2014, be VACATED and RESET for 09:30 a.m. on Friday, October 3, 2014, in Courtroom 2 of the Ronald V. Dellums Federal Building Courthouse.

**IT IS SO ORDERED.**

Dated: July 11, 2014

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE