ANNE C. BELES (Cal. Bar No. 200276)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:    beleslaw@yahoo.com

Attorney for Defendant
KHYBER LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 4:13-CR-00560-JST-2 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AS TO DEFENDANT KHYBER LAW |
| v. | ) | |
| KHYBER LAW, | ) | |
| Defendant. | ) | |

Defendant KHYBER LAW, by and through his counsel undersigned, the United States of America, through ASSISTANT UNITED STATES ATTORNEY THOMAS M. NEWMAN, and the United States Probation Office, through UNITED STATES PROBATION OFFICER CHARLES W. MABIE, hereby stipulate and respectfully request that the Court vacate the Sentencing Hearing in the above-captioned case, currently set for Friday, October 03, 2014, and reset it for Friday, December 05, 2014, at 09:30 a.m.

This is the parties' second request to continue the Sentencing Hearing as to Defendant Law.  The parties last appeared before the Court on Friday, April 4, 2014, when the Change of Plea was entered as to Defendant Law (Dkt. Nos. 48), and since then the

Court has granted one stipulated request to continue the Sentencing Hearing to on Friday, July 11, 2014 (Dkt. 59).

U.S. PROBATION OFFICER CHARLES W. MABIE met with Defendant Law for the Presentence Investigation Interview on Friday, July 25, 2014 and is due to disclose the Proposed Presentence Investigation Report to the parties on Friday, August 29, 2014.

Defense counsel also represents Ms. Anita Silva in Alameda County Superior Court case number 170686, a felony count assault with a deadly weapon case set for a Motion to Reduce and Report and Sentence after Court Trial on Friday, October 03, 2014.

The requested continuance to Friday, December 05, 2014, would allow defense counsel to personally appear for Defendant Law's Sentencing Hearing.

U.S. PROBATION OFFICER CHARLES W. MABIE has no objection to the parties' request and joins in this stipulated request to continue the Sentencing Hearing to Friday, December 05, 2014.

On Wednesday, August 27, 2014, a staff member for the defense spoke to COURTROOM DEPUTY WILLIAM NOBLE and confirmed the Court's ability to accommodate this request to continue the Sentencing Hearing for Defendant Law to Friday, December 05, 2014.

For the above-stated reasons, the Defendant, the United States Probation Office, and the Government stipulate and respectfully request that the Court vacate the Sentencing Hearing currently set for Friday, October 03, 2014, and reset it for Friday, December 05, 2014, at 09:30 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| DATED: August 28, 2014 | /s/ ACB<br>ANNE CATHERINE BELES,<br>Attorney for *KHYBER LAW* |
| DATED: August 28, 2014 | /s/ CWM<br>CHARLES W. MABIE,<br>U.S. Probation Officer |
| DATED: August 28, 2014 | /s/ TMN<br>THOMAS M. NEWMAN<br>Assistant U.S. Attorney<br><br>MELINDA HAAG<br>United States Attorney |

FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the Sentencing Hearing as to Defendant Law, currently set for Friday, October 03, 2014, be VACATED and RESET for 09:30 a.m. on Friday, December 05, 2014, in Courtroom 2 of the Ronald V. Dellums Federal Building Courthouse.

**IT IS SO ORDERED.**

Dated: August 29, 2014

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE