1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4

5  THOMAS M. NEWMAN (NYBN 4256178)
   Assistant United States Attorney
6
      450 Golden Gate Ave., Box 36055
7     San Francisco, California 94102
      Telephone: (415) 436-7200
8     Fax: (415) 436-7234
      E-Mail: thomas.newman2@usdoj.gov
9

10  Attorneys for United States of America

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14  UNITED STATES OF AMERICA,          )   CASE NO. CR-13-560 JST
                                       )
15          Plaintiff,                 )   STIPULATION TO CONTINUE SENTENCING
                                       )   AND [PROPOSED] ORDER THEREON
16      v.                             )
                                       )
17  KHYBER LAW,                        )
                                       )
18          Defendant.                 )
                                       )
19  _____

20          The parties stipulate as follows:

21          1.      Defendant Khyber Law and Jessika Green are scheduled for sentencing on December 5,

22  2014.  Defendant Benson is scheduled to be sentenced on January 9, 2015.

23          2.      Counsel for Khyber Law has been occupied with a State court trial that lasted longer than

24  expected.  The Defendant needs more time to prepare for sentencing, which may include providing

25  additional information to the assigned U.S. Probation Officer before the Pre-sentence Investigation

26  Report is finalized.

27          3.      The next available date the court is available to schedule sentencing on the regular

28  criminal calendar is January 30, 2015.  The parties stipulate to continue sentencing until January 30,

1    2015, in order to allow the Defendant to adequately prepare for sentencing.

2    DATED: November 3, 2014                    Respectfully Submitted,

3                                               MELINDA HAAG
                                                United States Attorney
4

5                                               /s/ *Thomas Newman*
                                                THOMAS M. NEWMAN
6                                               Assistant United States Attorney

7

8                                               /s/ *Anne Beles*
                                                Anne Beles
9                                               Attorney for Khyber Law

10

11                              ORDER

12          For the reasons stated above sentencing of Defendant Khyber Law is continue to January 30,

13   2015, at 9:30 am.

14          IT IS SO ORDERED.

15

16

17   DATED:  November 6, 2014                    _____
                                                THE HONORABLE JON S. TIGAR
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

CR-13-560 JST