ANNE C. BELES (Cal. Bar No. 200276)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:   beleslaw@yahoo.com

Attorneys for Defendant
KHYBER LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:13-cr-00560-JST-2 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AS TO DEFENDANT LAW |
| v. | |
| KHYBER LAW, | |
| Defendant. | |

    Defendant Khyber Law, by and through his counsel undersigned, and the United States of America, through Assistant United States Attorney Thomas M. Newman, hereby stipulate and respectfully request that the Court vacate the Status Conference in the above-captioned case, currently set for Friday, April 15, 2016, at 09:30 a.m., and reset it for June 17, 2016.

    This is the parties' first request to continue this Status Conference.

    This court allowed Mr. Law to remain out of custody until his co-defendant Jessika Green, finished her custodial sentence. Upon information and belief, Ms. Green will be released from the halfway house on May 20, 2016. In order to facilitate Ms. Green's release settlement and move of the child, we request further status on June 17, 2016.

    For the above-stated reasons, the Defendant, defense counsel, and the government, stipulate and respectfully request that the Court vacate the Status Conference currently set for

Friday, April 15, 2016, and reset to June 17, 2016.

         IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 12, 2016          /s/ ACB
ANNE C. BELES,

         Attorney for *KHYBER LAW*

DATED: April 12, 2016          /s/ TMN
THOMAS M. NEWMAN,
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: April 12, 2016 _____

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE