ANNE C. BELES (Cal. Bar No. 200276)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:   beleslaw@yahoo.com

Attorneys for Defendant
KHYBER LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:13-cr-00560-JST-2 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AS TO DEFENDANT LAW |
| v. | |
| KHYBER LAW, | |
| Defendant. | |

    Defendant Khyber Law, by and through his counsel undersigned, and the United States of America, through Assistant United States Attorney Thomas M. Newman, hereby stipulate and respectfully request that the Court vacate the Status Conference in the above-captioned case, currently set for Friday, June 17, 2016, at 09:30 a.m., and reset it to July 22, 2016.

    This is the parties' second request to continue this Status Conference.

    Mr. Law is experiencing a severe medical condition. He has unexplained weight loss (30 lbs.) and abdominal problems.  He is scheduling further medical appointments in order to discern the issue. He would like to stabilize these medical conditions prior to incarceration.

    For the above-stated reasons, the Defendant, defense counsel, and the government, stipulate and respectfully request that the Court vacate the Status Conference currently set for June 17, 2016, and reset it to July 22, 2016.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 16, 2016                       ____/s/ ACB_____
ANNE C. BELES,
                                           Attorney for *KHYBER LAW*


DATED: June 16, 2016                       ____/s/ TMN_____
                                           THOMAS M. NEWMAN,
                                           Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED: June 16, 2016


                                           _____
                                           HON. JON S. TIGAR
                                           UNITED STATES DISTRICT JUDGE