ANNE C. BELES (Cal. Bar No. 200276)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail:   beleslaw@yahoo.com

Attorney for Defendant
KHYBER LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 4:13-CR-00560-JST-2 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| | ) | CONTINUING SURRENDER DATE AS TO |
| v. | ) | DEFENDANT KHYBER LAW |
| | ) | |
| KHYBER LAW, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Khyber Law, by and through his counsel undersigned, and the United States of America, through Assistant United States Attorney Thomas M. Newman, hereby stipulate and respectfully request that Defendant's self-surrender date of Friday, September 09, 2016 be continued to Friday, September 23, 2016.

This is the parties' first request to continue the surrender date as to Defendant Khyber Law. The parties last appeared before the Court on Friday, July 22, 2016, at which time Defendant Khyber Law was sentenced and a self-surrender date of Friday, September 9, 2016 was ordered.

As of Thursday, September 08, 2016, Defendant has yet to be designated to a prison by the Federal Bureau of Prisons.

Mr. Newman inquired of BOP regarding the lack of designation, and on September 8, 2016, both parties spoke to and then received a letter response from Valerie Stewart, Senior Counsel of the Office of Regional Counsel for the Federal Bureau of Prisons.  The BOP did not receive a request

for designation until September 7, 2016 but will process it as quickly as possible.  Mr. Law has no federal registry number yet but can get processed at the U.S. Marshal's prior to surrender to streamline the BOP process.  Ms. Stewart concurs with the suggestion for a fourteen day continuance for Mr. Law's self-surrender to the federal institution to which he will be designated in order for Mr. Law to be processed and because of the potential security concerns for Mr. Law in local facility.

For the above-stated reasons, the Defendant and the Government stipulate and respectfully request that the Court continue Defendant's self-surrender date of Friday, September 09, 2016 two weeks to Friday, September 23, 2016.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  September 8, 2016

/s/ ACB
ANNE CATHERINE BELES,
Attorney for *KHYBER LAW*

DATED:  September 8, 2016

/s/ TMN
THOMAS M. NEWMAN
Assistant U.S. Attorney

BRIAN STRETCH
United States Attorney

FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that the self-surrender date as to Defendant Law, currently set for Friday, September 9, 2016 be continued two weeks to Friday, September 23, 2016.

**IT IS SO ORDERED.**

Dated:  September 8, 2016

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER CONTINUING SURRENDER DATE