ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6570
    Email: Shining.Hsu@usdoj.gov

Attorneys for United States of America

FILED

Jun 27 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KHYBER LAW,<br><br>    Defendant,<br><br>HARRIS FUNERAL HOME LEGACY CENTER,<br><br>    Garnishee. | CASE NO. CR 13-00560-JST<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>**(GARNISHMENT OF CIVIL LAWSUIT SETTLEMENT PROCEEDS)** |

TO:    Harris Funeral Home Legacy Center
        c/o Ebony Koger, Esq.
        Murphy, Pearson, Bradley & Feeney, P.C.
        580 California Street, Suite 1100
        San Francisco, CA 94104

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

> Khyber Law
> 18414 Vincennes Street, #104
> Northridge, CA 91325
> Social Security Number (last four digits):  XXX-XX-6219

This Writ has been issued pursuant to a Stipulation between the United States of America and Khyber Law, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $99,027.00.   As of June 8, 2023, the total balance due of the judgment debt and associated civil surcharge debt, including accrued interest, is approximately $102,777.28.   Interest continues to accrue after June 8, 2023, at approximately $0.60 per day.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), and the terms of the Stipulation filed in the above referenced case, you must immediately withhold and retain property of the defendant in which the defendant has a substantial nonexempt interest until you receive instructions from the United States regarding distribution and payment of the property at issue.  Such property include settlement proceeds due and owing to Defendant arising from a state court civil lawsuit as identified in the Stipulation and currently in your possession.

2. In accordance with the terms of the Stipulation, pay $93,438.16 for payment towards the judgment debt, and made payable to the "United States District Court" and mailed or delivered to the United States District Court, Attn:  Finance Section, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102, and bearing case reference number "CR 13-0560-002 JST".

3. In accordance with the terms of the Stipulation, pay $9,339.12 for payment towards the civil surcharge debt, and made payable to the "U.S. Attorney's Office" and mailed or delivered to the United States Attorney's Office, Attn:  Financial Litigation Program, 450 Golden Gate Avenue, Box

Writ of Continuing Garnishment
Case No:  CR 13-00560-JST

36055, 450 Golden Gate Avenue, San Francisco, CA 94102, and bearing case reference number "2023A40029".

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU.**



MARK B. BUSBY,
Clerk of Court
United States District Court
for the Northern District of California



Dated: 06/27/2023        By:    Jessie Mosley
                                Deputy Clerk

Writ of Continuing Garnishment
Case No:  CR 13-00560-JST

3